**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wayne A. Blocher,　　　　　　　　　　　　Case No. 22-cv-678 (PJS/DTS)

　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　**ORDER**

Warden B. Eischen,

　　　　Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated November 3, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**: Wayne A. Blocher's habeas petition [Dkt. No. 1] is DENIED.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 2, 2022　　　　　　　　　s/Patrick J. Schiltz_____
　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court